CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 03 2018

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JESSE MAX ROMAN, | ) | Civil Action No. 7:17-cv-00416 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHRISTOPHER ZYCH, | ) | By: Hon. Jackson L. Kiser |
|    Defendant. | ) |     Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Zych's motion for summary judgment is **GRANTED**; Plaintiff's motion to seal is **DENIED**; and the action is **STRICKEN** from the active docket.

ENTER: This 3rd day of July, 2018.

*/s/ Jackson L. Kiser*
Senior United States District Judge